IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

DONNA SUZETTE PIERCEFIELD                                  PLAINTIFF

               v.                      Civil No. 05-2149

FRANKLIN COUNTY JAIL
ADMINISTRATION; and
FRANKLIN COUNTY JAILERS                                   DEFENDANTS

## **O R D E R**

Plaintiff's complaint was filed in this case on November 1, 2005. Before the undersigned is the issue of whether the complaint should be served. In order to assist the court in making such determination, it is necessary that plaintiff provide additional information with respect to her claims.

Accordingly, it is ordered that plaintiff, Donna Suzette Piercefield, complete and sign the attached addendum to her complaint, and return the same to the court **by December 2, 2005. Plaintiff is advised that should she fail to return the completed and executed addendum by December 2, 2005, her complaint may be dismissed without prejudice for failure to prosecute and/or for failure to obey an order of the court.**

IT IS SO ORDERED this 3rd day of November 2005.

                                                      /s/ Beverly Stites Jones
                                                      UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

DONNA SUZETTE PIERCEFIELD                                              PLAINTIFF

      v.              Civil No. 05-2149

FRANKLIN COUNTY JAIL
ADMINISTRATION; and
FRANKLIN COUNTY JAILERS                                                DEFENDANTS

## ADDENDUM TO COMPLAINT

TO:  DONNA SUZETTE PIERCEFIELD

     This form is sent to you so that you may assist the court in making a determination as to the issue of whether your complaint should be served upon the defendants. Accordingly, it is required that you fill out this form and send it back to the court **by December 2, 2005**. Failure to do so will result in the dismissal of your complaint.

     The response must be legibly handwritten or typewritten, and all questions must be answered completely in the proper space provided on this form. If you need additional space, you may attach additional sheets of paper to this addendum.

## RESPONSE

     In your complaint, you allege that your rights were violated when mail that was post-marked September 2nd and 3rd was held until September 9th before being delivered to you. You state the two letters contained information from your attorney who you contact by mail. You indicate you were only given until September 12th to contact him and that was the first day you could mail him a reply.

     You also contend you have been denied medical attention. You state your medication

is not working.  You state your medication was changed by phone without your being able to consult with a doctor and explain why the medication was not working.

(1). Provide the dates of your incarceration at the Franklin County Detention Center (FCDC).

Answer:

_____

_____

_____

_____

_____

(2). Are you incarcerated at the FCDC solely because of pending criminal charges?

Answer:  Yes _____  No _____.

If you answered no, please state whether you are serving a sentence of imprisonment or whether your probation, parole, or supervised release has been revoked.

_____

_____

_____

_____

(3). You indicate some of your mail post-marked September 2nd and September 3rd was held.

(A). Please state what your relationship to G. Piercefield is.

_____

_____

_____

_____

_____

(B). G. Piercefield was incarcerated at the Sebastian County Detention Center when he sent the letters post-marked September 2nd and 3rd.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

(C). Both letters you state were held were from G. Piercefield. However, you state they contained information from your attorney. Please explain why your attorney did not write you directly.

Answer:

_____

_____

_____

_____

_____

_____

_____

(D). September 2nd was a Friday. There was no mail on September 4th (Sunday) or on Monday September 5th because it was Labor Day, a federal holiday.

Agree_____ Disagree_____ Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

(4). Please state why you believe your mail was held at the FCDC **and** who you believe held your mail. In answering, be specific.

Answer:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(5). Please state: (a) how mail is delivered to inmates at the FCDC; (b) how frequently it is delivered; and (c) who delivers it to inmates.

Answer:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(6). You also contend you have been denied adequate medical care. Please state: (a) what the medication you were originally taking was for; (b) who prescribed the medication; (c) how long you had been taking it before your incarceration at the FCDC; (d) the date the medication was changed; and (e) what the medication was changed to.

Answer:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(7). Does the FCDC have a jail nurse or jail doctor?

Answer: Yes _____ No _____.

If you answered yes, please state who the jail nurse or doctor is and indicate if you intended to name the nurse or doctor as a defendant. If you intended to name the nurse or doctor as a defendant, please state how he or she violated your federal constitutional rights.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

If you answered no, please state who called and got your medication changed and who prescribed the new medication.

_____

_____

_____

_____

_____

_____

_____

_____

(8). You have named the FCDC administration and jailers as defendants. However, you have not identified by name any individual you believe violated your federal constitutional rights. If you do not know the names of the individuals who you believe violated your federal constitutional rights, can you provide the court with any information that would assist in identifying the individuals at issue? For instance, can you describe the person, or state what shift

he or she works, or what duties he or she performs, or provide similar information that would serve to identify these individuals.

Answer:

___

___

___

___

___

___

___

___

___

___

___

___

___

___

___

___

___

___

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

     I CERTIFY THAT THE INFORMATION CONTAINED HEREIN IS COVERED BY THE VERIFICATION MADE BY ME ON MY INITIAL COMPLAINT.

                                              _____
                                              DONNA SUZETTE PIERCEFIELD

                                              _____
                                              DATE