IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

DONNA SUZETTE PIERCEFIELD             PLAINTIFF

    v.        Civil No. 05-2149

FRANKLIN COUNTY JAIL
ADMINISTRATION; and
FRANKLIN COUNTY JAILERS             DEFENDANTS

## REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Donna Suzette Piercefield filed this pro se civil rights action pursuant to 42 U.S.C. § 1983 on November 1, 2005. Her complaint was filed in forma pauperis (IFP).

On November 3, 2005, the undersigned entered an order (Doc. 5) directing Piercefield to complete, sign and return an attached addendum to her complaint. The addendum was to be returned by December 2, 2005.

To date, the plaintiff has failed to respond to the addendum. The court's order and attached addendum have not been returned as undeliverable. The order was mailed to the same address as the court's prior orders. Plaintiff has not informed the court of any change in her address. Plaintiff has not requested an extension of time to respond to the addendum or otherwise communicated with the court.

I therefore recommend Piercefield's claims be dismissed on the grounds she has failed to prosecute this action and comply with the order of the court. *See* Fed. R. Civ. P. 41(b). **Piercefield has ten days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections**

**may result in waiver of the right to appeal questions of fact. Piercefield is reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 27th day of December 2005.

/s/ Beverly Stites Jones
UNITED STATES MAGISTRATE JUDGE