```
          IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                  FORT SMITH DIVISION
```

**DONNA SUZETTE PIERCEFIELD**                                    PLAINTIFF

v.                    Civil No. 05-2149

**FRANKLIN COUNTY JAIL
ADMINISTRATION; and
FRANKLIN COUNTY JAILERS**                                       DEFENDANTS

### O R D E R

Now on this 26th day of January, 2006, comes on for consideration the **Magistrate Judge's Report and Recommendation** (document #6), in this matter, to which no objections have been made, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, Plaintiff Piercefield's claims are dismissed based upon her failure to prosecute this action and comply with the order of the Court.

/s/Jimm Larry Hendren
**HON. JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE**